IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS H. PUCKETT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00025 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| B. HARTMAN, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. §1915A(b)(1), Puckett's motion for a temporary restraining order (Docket No. 16) is **DENIED** as moot, and this case is hereby **STRICKEN** from the active docket of the court.

    The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

    **ENTER**:  This 21st day of February, 2013.

                                                    */s/ Norman K. Moon*
                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE